No. 10–9548.   TAYLOR v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 10–9552.   THOMAS v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 10–9553.   TITUS v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 10–9557.   WHITFIELD v. O'CONNELL ET AL.   C. A. 2d Cir. Certiorari denied.

No. 10–9559.   SANTISTEVAN v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 10–9560.   RUVALCABA v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 10–9561.   COLEMAN v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 10–9562.   DICAPRIO-CUOZZO v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.   C. A. 4th Cir.   Certiorari denied.

No. 10–9563.   HARPER v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 10–9565.   JUVENILE MALE v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 10–9566.   HANTZIS v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 10–9570.   HINES v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 10–9573.   ROBINSON v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 10–9574.   RICHITELLI v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 10–9575.   RODRIGUEZ v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 10–9577.   GARCIA-BARAONA v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.